IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN BAILEY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6756 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| City of Chicago, and Chicago Police Officers H. Rodriguez, Star No. 17679, and O. Velazquez, Star No. 8936, Individually, | ) ) ) ) | Magistrate Judge Soat Brown |
| | ) | |
| Defendants. | ) | |

### REPORT OF PARTIES' PLANNING MEETING

NOW COME the Plaintiff, by his attorney, Garrett Browne, the Defendants, by their attorney, Christopher Wallace, Assistant Corporation Counsel of the City of Chicago, and hereby submit the following Report of the Parties' Planning Meeting.

1. **Meeting**. Pursuant to Fed. R. Civ. P. 26(f) the Parties' attorneys have held a meeting via teleconference to address the issues set forth herein.

2. **Pre-trial Schedule**. The Parties jointly propose to the court the following discovery plan:

   a) Discovery will be needed on the following subjects: the Plaintiff's whereabouts on the date in question which will entail depositions; the Defendant Officers' arrest of plaintiff, and plaintiff's damages.

   b) Rule 26(a)(1) Disclosures not later than March 21, 2008. All discovery closed by June 27, 2008.

   c) The Parties expect the need for approximately 5 to 8 depositions.

   d) Plaintiff does not anticipate calling any expert witnesses. Defendants reserve the right to retain their own expert witnesses.

   e) The Parties should be allowed until April 30, 2008, to join additional parties and amend pleadings.

   f) Dispositive motions shall be filed by August 1, 2008.

    g)   Final Pretrial Order:  Plaintiff's proposed draft by <u>September 5, 2008</u>.  Joint final pretrial order by <u>September 19, 2008</u>.

    h)   The case should be ready for jury trial by <u>October, 2008</u>, and is expected to last between 3-5 days.  However, if additional parties and counts are added, the trial could last longer.

3.   **Settlement**.  The parties have not engaged in settlement discussion at this time.

4.   **Consent**.  At this time, the parties do not unanimously consent to proceed before a Magistrate Judge.

DATED:  February 27, 2008

                                                                 Respectfully submitted,

| /s/ *Garrett Browne* | /s/ *Christopher A. Wallace* |
|---|---|
| Garrett Browne | Christopher A. Wallace |
| *Attorney for Plaintiff* | Assistant Corporation Counsel |
| | *Attorney for Defendants* |
| Ed Fox & Associates | |
| 300 W. Adams | City of Chicago Department of Law |
| Suite 330 | Individual Defense Litigation Division |
| Chicago, IL 60606 | 30 N. LaSalle Street |
| | Suite 1400 |
| T:  (312) 345-8877 | Chicago, Illinois 60602 |
| | T: (312) 742-6408 |
| | F: (312) 744-6566 |
| | ARDC # 6278655 |

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on February 27, 2008, I caused a copy of the foregoing Report of the Parties' Planning Meeting to be served upon all counsel of record via the Court's ECF filing system.

                                                             /s/ Christopher Wallace
                                                             Christopher Wallace