UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Steven Bailey
                      Plaintiff,

v.                                                    Case No.: 1:07−cv−06756
                                                      Honorable Elaine E. Bucklo

City of Chicago, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Status hearing held on 2/29/2008. The court approves parties' scheduling order.Discovery ordered closed by 6/27/2008. Dispositive motions with supporting memoranda due by 8/1/2008. Pretrial Order due by 9/19/2008. Motions in limine with supporting memoranda due by 9/19/2008. Responses due by 10/3/2008. Pretrial Conference set for 10/16/2008 at 04:30 PM. Status hearing set for 5/19/2008 at 09:30 AM. Jury Trial set for 10/20/2008 at 09:30 AM. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.