## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN BAILEY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6756 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, and Chicago Police | ) | Judge Bucklo |
| Officers H. Rodriguez, Star No. 17679, | ) | |
| and O. Velazquez, Star No. 8936, | ) | Magistrate Judge Soat Brown |
| Individually, | ) | |
| | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' JOINT AGREED MOTION FOR LEAVE TO FILE
## JOINT ANSWER, *IN STANTER*

Defendants, by one of their attorneys, Christopher A. Wallace, respectfully move the Court for leave to file their joint answer, *in stanter*. In support of their motion, Defendants state as follows:

1.    The parties have met and conferred in this matter and have proposed a discovery plan in accordance with this Court's standing orders, the district's local rules and in compliance with the Federal Rules of Civil Procedure.

2.    On February 29, 2008, the parties appeared before the Court and the parties' proposed discovery plan was entered. (*See* Docket Entry No. 9).

3.    A copy of Defendants' joint answer is attached hereto as Exhibit A.

4.    Counsel for defendants spoke with counsel for plaintiff, Garrett Browne, prior to the filing of the instant motion wherein counsel for plaintiff agreed to the motion.

5.    Defendants seek leave of Court to file their answer to plaintiff's complaint to facilitate the just, speedy and efficient resolution of this matter. No prejudice to either

party's case will result in granting Defendants' motion and no delay in the procession of

discovery will ensue.

**WHEREFORE**, Defendants respectfully request this Court grant the instant

motion and give leave to Defendants to file their joint answer.

DATED:  March 10, 2008

Respectfully submitted,

City of Chicago
Mara S. Georges
Corporation Counsel

Officer Rodriguez
Officer Velasquez

By:  /s/ *Christopher A. Wallace*
      Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendant City of Chicago*

By:  /s/ *Christopher A. Wallace*
      Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Individual Defendants*

City of Chicago Department of Law
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
T: (312) 742-6408
F: (312) 744-6566
ARDC # 6278655

City of Chicago Department of Law
Individual Defense Litigation Division
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
T: (312) 742-6408
F: (312) 744-6566
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on March 10, 2008, I caused a copy of the foregoing Joint Agreed Motion to be served upon all counsel of record by filing the same before the Court via the Court's ECF system.

/s/ *Christopher Wallace*
Christopher Wallace