IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6756 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| City of Chicago, and Chicago Police Officers H. Rodriguez, Star No. 17679, and O. Velazquez, Star No. 8936, Individually, | ) ) ) ) | Magistrate Judge Soat Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

To: Garrett Browne
Ed Fox & Associates
300 W. Adams, Ste. 330
Chicago, IL 60606
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that on Thursday, March 20, 2008, at 9:15 a.m., the undersigned will appear before the Honorable Judge Elaine E. Bucklo, in Room 1441, in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois, and present Defendants' Joint Agreed Motion for Leave to File Joint Answer, *In Stanter*, a copy of which is herewith served upon you via the Court's ECF system.

Dated: March 10, 2007

Respectfully submitted,

/s/ Christopher A. Wallace
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendants*

City of Chicago Department of Law
Individual Defense Litigation Division
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
T: (312) 742-6408
ARDC # 6278655

## CERTIFICATE OF SERVICE

    I, Christopher Wallace, hereby certify that on March 10, 2008, I caused a copy of the above Notice of Agreed Motion to be served via the Court's ECF system upon all counsel of record.

                                              /s/ Christopher Wallace
                                                 Christopher Wallace