IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN BAILEY,<br><br>      Plaintiff,<br><br>      vs.<br><br>CHICAGO POLICE OFFICERS HAROLD RODRIGUEZ (#17679), ORLANDO VELAZQUEZ (#8936) and the CITY OF CHICAGO,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) No.07 C 6756<br>)<br>) Judge Bucklo<br>)<br>) Magistrate Judge Brown<br>)<br>)<br>) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Garrett Browne
Attorney for plaintiff,
Steven Bailey
Ed Fox & Associates
300 W. Adams St., Suite 330
Chicago, Illinois 60606
(312) 345-8877
Attorney No. 6242592
DATE: 4/30/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Christopher Wallace
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-6408
Attorney No. 6278655
DATE: 7/3/08

07 C 6756