UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Steven Bailey
                      Plaintiff,

v.                                              Case No.: 1:07−cv−06756
                                              Honorable Elaine E. Bucklo

City of Chicago, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

        MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to Agreed Order of Dismissal, this case is dismissed with prejudice and each party to bear its own fees and costs in accordance with the terms of the Release and Settlement Agreement. Pretrial conference set for 10/16/08 and trial set for 10/20/08 are now vacated. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.